| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>**ROACH, LEITE & MANYIN, LLC**<br>Robert C. Leite, Esquire<br>2938 Levick Street, Ground Flr.<br>Philadelphia, PA 19149<br>Tel. 267-343-5818<br>Fax. 267-343-5821<br>Counsel for Plaintiffs | CIVIL ACTION<br><br>CASE NO. 13-cv-07280-RBK-KMW |
| MARK MARIAS and<br>RENEE MARIAS<br><br>                Plaintiffs<br><br>BANK OF AMERICA N.A., and<br>NATIONSTAR MORTGAGE LLC<br><br>                Defendants | **NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's Mark and Renee Marias and/or their counsel(s), hereby give notice that the above captioned action is dismissed, without prejudice against the defendant(s) Bank of America, N.A., and Nationstar Mortgage.

Federal Rules of Civil Procedure 41(a)(1)(A)(i) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(1) By the Plaintiff.**

    **(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment…

                                    \*      \*      \*

Plaintiffs' have filed with the Court this notice of dismissal before Defendants have served either an answer or a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted,

Dated: April 7, 2014

s/ Robert C. Leite
Robert C. Leite, Esquire
ROACH, LEITE & MANYIN, LLC
2938 Levick Street, Ground Flr.
Philadelphia, PA 19149
T: 267 343-5818
F: 267 343-5821

Attorneys for Plaintiffs,
Mark and Renee Marias

So Ordered this 11 day of April, 2014

[signature]

## CERTIFICATE OF SERVICE

      I, Robert C. Leite, an attorney, certify that on April 7, 2014, I served the above Plaintiff's Notice of Voluntary Dismissal without Prejudice, by causing a true and accurate copy to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this day of August, 2012.

Donna M. Bates, Esquire
REED SMITH, LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
*Attorney for Defendants,*
*Bank of America, N.A.*
*Nationstar Mortgage*
By Notice of Electronic Filing